1
2
3
4
5

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PLATFORM 10, LLC, a Nevada Limited Liability Company,<br><br>　　　　Plaintiff,<br>vs.<br><br>BATTLE MOUNTAIN BANK OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS OF NEVADA, Inclusive, et al.<br><br>　　　　Defendants. | Case No.:  3:20-CV-00238-RCJ-CLB<br><br>**ORDER REGARDING INTENT TO DISMISS FOR WANT OF PROSECUTION PURSUANT TO LOCAL RULE 41-1** |

On June 25, 2020, the Clerk of the Court entered Default (ECF No. 11) as to Defendant Battle Mountain Band of the Te-Moak Tribe of Western Shoshone Indians of Nevada.

Fed. R. Civ. P. 55(b) Entering a Default Judgment

　　(2)　*By the Court.*  In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is south has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing. The court may conduct hearings or make referrals—preserving any federal statutory right to a jury trial—when, to enter or effectuate judgment, it needs to . . .

///

Local Rule 41-1 provides as follows:

"All civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want to prosecution by the court *sua sponte* or on the motion of an attorney or pro se party."

Be advised the official record in this action reflects that this case has been pending for more than 270 days without any proceeding having been taken during such period.

If no action is taken in this case by **April 14, 2021**, the Court shall enter an order of dismissal for want of prosecution.

**IT IS SO ORDERED**.

Dated March 15, 2021.

_____
ROBERT C. JONES
United States District Judge